**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

In Re: Mitchell L. Posin )
Attorney at Law, Bar No. 2840 )
) Case No.: 2:17-cv-00089-GMN
)
) **ORDER**
)
)
)

Pending before the Court is Mitchell L. Posin's ("Posin") Petition for Reinstatement, (ECF No. 8), to practice in the United States District Court for the District of Nevada. On August 21, 2019, the Court ordered Posin to supplement his Petition. On August 29, 2019, Posin filed a Supplement, (ECF No. 11), in accordance with the Court's Order.

Local Rule IA 11-7(i) states that an attorney who is the subject of an order of suspension "may petition for reinstatement to practice before this court or for modification of the order as may be supported by good cause and the interests of justice." L.R. IA 11-7(i). The Rule further provides: " . . . if the attorney was readmitted by the supervising court or the discipline imposed by the supervising court was modified or satisfied, the petition must explain the situation with specificity, including a description of any restrictions or conditions imposed on readmission by the supervising court." *Id.*

Here, the Court reciprocally suspended Posin after the Nevada Supreme Court ordered his two-year suspension, including an eighteen-month stayed suspension. *In re Discipline of Posin*, No. 69417 (Nev. Mar. 25, 2016). Further, the Nevada Supreme Court imposed the following conditions:

> (1) remain on probation for 2 years starting 30 days after the plea is accepted by the panel, during which time Posin must not receive any grievances that result in actual discipline and must provide quarterly reports to bar counsel regarding his place of employment, practice areas, caseload, restitution payments, and any issues that may have developed; (2) obtain a mentor, to be approved by the state

bar, who must be a licensed attorney practicing in personal injury law, and who will monitor Posin's active cases and report quarterly to bar counsel; (3) pay restitution in specific amounts to five clients and provide proof of payment by the end of the probation period; and (4) pay for the costs of the disciplinary proceeding within one year, excluding bar counsel and staff salaries.

*Id.*

Upon review of the relevant documents, the Court finds that Posin's Petition for Reinstatement is "supported by good cause and the interests of justice." L.R. IA 11-7(i). Taken together, the Petition and Supplement show that Posin has completed his suspension and satisfied each of the above conditions. Specifically, Posin has indicated that he is no longer subject to any terms of probation and he has provided certification from the Nevada State Bar stating that Posin is "an Active member . . . in good standing." (Suppl. at 2, ECF No. 11).

Accordingly,

**IT IS HEREBY ORDERED** that Posin's Petition for Reinstatement, (ECF No. 8), is **GRANTED**.

**DATED** this __29__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court