# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*In re*: Mitchell L. Posin,
Attorney at Law, Bar No. 2840

Case No. 2:17-cv-00089-APG

**ORDER OF DISBARMENT**

    Attorney Mitchell L. Posin, State Bar No. 2840, was disbarred by the Supreme Court of Nevada on October 9, 2024. On November 5, 2024, I ordered Mr. Posin to show cause why this court should not impose reciprocal discipline and disbar him. ECF No. 21. The OSC provided Mr. Posin with 30 days to respond with reasons why he should not be disbarred. No response has been received. Failure to respond requires me to enter an order of disbarment. Local Rule IA 11-7(e)(2).

    I THEREFORE ORDER that Mitchell L. Posin, Bar No. 2840, is disbarred from practice in United States District Court for the District of Nevada.

    DATED THIS 16th Day of December 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 17th day of December 2024, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

> Mitchell L. Posin
> Law Offices of Mitchell Posin, Chtd.
> 4 Tivoli Ct.
> Newport Beach, CA 92657

> Certified Mail No.: 7020 3160 0000 7420 2183

> /s/ Sharon H.
> Deputy Clerk
> United States District Court,
> District of Nevada